1 | COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
2 | MAZDA K. ANTIA (214963) (mantia@cooley.com)
JENNIFER M. FRENCH (265422) (jfrench@cooley.com)
3 | 4401 Eastgate Mall
San Diego, CA  92121
4 | Telephone:     (858) 550-6000
Facsimile:      (858) 550-6420

Attorneys for Defendant
THE CHILDREN'S PLACE RETAIL STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GALINA SEEBROOK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 11-cv-00837-CW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RELATING CASES** |

Pursuant to Local Civil Rules 3-12, 7-11, and 7-12, counsel for plaintiff Galina Seebrook in *Seebrook v. The Children's Place Retail Stores, Inc.*, Case No. 11-cv-00837-CW ("*Seebrook*"), counsel for plaintiff Maria Isabel Beltran in *The Children's Place Retail Stores, Inc., et al.*, Case No. 11-cv-01664-CRB ( "*Beltran*"),  and counsel for defendant The Children's Place Retail Stores, Inc. ("Children's Place") jointly submit the following Stipulation that the above-captioned action, *Seebrook*, is related to the *Beltran* action.

## RECITALS

**WHEREAS,** on February 28, 2011, plaintiff Galina Seebrook filed this putative class action lawsuit against defendant Children's Place in this Court;

**WHEREAS,** on March 9, 2011, plaintiff Maria Isabel Beltran filed the above-referenced putative class action lawsuit against defendant Children's Place in the Superior Court for the State of California, County of San Francisco;

**WHEREAS**, on April 6, 2011, Children's Place removed the *Beltran* action from the Superior Court for the State of California, County of San Francisco, to the United States District Court for the Northern District of California;

**WHEREAS**, on April 12, 2011, Children's Place filed an Administrative Motion to Consider Whether these Actions Should Be Related; and

**WHEREAS,** plaintiffs' counsel and Children's Place's counsel agree that the *Seebrook* and *Beltran* actions should be deemed "related" under Local Civil Rule 3-12.

## STIPULATION

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto through their respective counsel of record, that the *Seebrook* and *Beltran* actions are related within the meaning of Civil Local Rule 3-12.

/ / /

/ / /

/ / /

/ / /

**[CONTINUED ON NEXT PAGE]**

1  **IT IS SO STIPULATED.**

2

3  Dated: April 13, 2011                        COOLEY LLP
                                                MICHELLE C. DOOLIN (179445)
4                                               MAZDA K. ANTIA (214963)
                                                JENNIFER M. FRENCH (265422)
5

6
                                                */s/ Jennifer M. French*
7                                               Jennifer M. French

8                                               Attorneys for Defendant
                                                THE CHILDREN'S PLACE RETAIL STORES, INC.
9

10

11 Dated:  April 13, 2011                       HOFFMAN & LAZEAR
                                                H. TIM HOFFMAN (049141)
12                                              ARTHUR W. LAZEAR (083603)
                                                CHAD A. SAUNDERS (257810)
13

14

15                                              */s/ Chad A. Saunders*
                                                Chad A. Saunders
16
                                                Attorneys for Plaintiff
17                                              GALINA SEEBROOK

18

19 Dated:  April 13, 2011                       HARRISON PATTERSON & O'CONNOR LLP
                                                JAMES R. PATTERSON (211102)
20                                              MATTHEW J. O'CONNOR (203334)

21

22
                                                */s/ James R. Patterson*
23                                              James R. Patterson

24                                              Attorneys for Plaintiff
                                                MARIA ISABEL BELTRAN
25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO
                                     2.                    **CASE NO. 11-CV-00837-CW**

**STIPULATION AND [PROPOSED] ORDER RELATING CASES**

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation Regarding Deadline to Respond to Complaint.

Dated: April 13, 2011

COOLEY LLP
MICHELLE C. DOOLIN (179445)
MAZDA K. ANTIA (214963)
JENNIFER M. FRENCH (265422)

*/s/ Jennifer M. French*
Jennifer M. French

Attorneys for Defendant
THE CHILDREN'S PLACE RETAIL STORES, INC.

1

**[PROPOSED] ORDER**

2    Based on the foregoing, and good cause appearing, **IT IS HEREBY ORDERED** that the

3  *Seebrook* and *Beltran* actions are related within the meaning of Civil Local Rule 3-12.

4  **IT IS SO ORDERED.**

5

6  Dated: **4/18/2011**                          _____
                                                 THE HONORABLE CLAUDIA WILKEN
7                                                UNITED STATES DISTRICT JUDGE