COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
MAZDA K. ANTIA (214963) (mantia@cooley.com)
JENNIFER M. FRENCH (265422) (jfrench@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:      (858) 550-6420

Attorneys for Defendant
THE CHILDREN'S PLACE RETAIL STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GALINA SEEBROOK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 11-cv-00837-CW<br><br>**STIPULATION AND ORDER RELATING CASES** |

Pursuant to Local Civil Rules 3-12, 7-11, and 7-12, counsel for plaintiff Galina Seebrook in *Seebrook v. The Children's Place Retail Stores, Inc.*, Case No. 11-cv-00837-CW ("*Seebrook*"), counsel for plaintiff Maria Isabel Beltran in *The Children's Place Retail Stores, Inc., et al.*, Case No. 11-cv-01664-CW ("*Beltran*"), counsel for plaintiff Nicole DiSimone in *DiSimone v. The Children's Place Retail Stores, Inc., et al.*, Case No. 11-cv-02223-SC ("*DiSimone*"), counsel for plaintiff Kristen Hartman in *Hartman v. The Children's Place Retail Stores, Inc., et al.*, Case No. 11-cv-02604-JSC, and counsel for defendant The Children's Place Retail Stores, Inc. ("Children's Place") jointly submit the following Stipulation that the four cases are related.

## RECITALS

**WHEREAS,** on February 17, 2011, plaintiff Nicole DiSimone filed the above-referenced putative class action lawsuit against defendant Children's Place in the Superior Court of the State of California, County of Los Angeles;

**WHEREAS,** on February 23, 2011, plaintiff Galina Seebrook filed this putative class action lawsuit against defendant Children's Place in this Court;

**WHEREAS,** on March 9, 2011, plaintiff Maria Isabel Beltran filed the above-referenced putative class action lawsuit against defendant Children's Place in the Superior Court for the State of California, County of San Francisco;

**WHEREAS**, on March 28, 2011, Children's Place removed the *DiSimone* case to the United States District Court for the Central District of California;

**WHEREAS**, on April 6, 2011, Children's Place removed the *Beltran* action to the United States District Court for the Northern District of California;

**WHEREAS**, on April 18, 2011, the Honorable Claudia Wilken issued an order relating the *Seebrook* and *Beltran* cases and reassigning the *Beltran* case to her docket;

**WHEREAS**, on May 2, 2011, the Honorable A. Howard Matz ordered that the *DiSimone* action be transferred to the Northern District of California;

/ / /

/ / /

**WHEREAS**, Children's Place and plaintiffs Seebrook, Beltran, and DiSimone previously stipulated that their cases were related to each other, and on May 26, 2011, the Honorable Claudia Wilken issued an order relating the *DiSimone* case to the *Seebrook* and *Beltran* cases and reassigned the *DiSimone* case to her docket;

**WHEREAS,** on June 1, 2011, plaintiff Kristen Hartman filed the above-referenced putative class action lawsuit against defendant Children's Place in this Court;

**WHEREAS**, on June 22, 2011, Children's Place filed an Administrative Motion to Consider Whether these Actions Should Be Related; and

**WHEREAS,** plaintiffs' counsel and Children's Place's counsel agree that the *Hartman* action should be deemed related to the previously related *Seebrook*, *Beltran*, and *DiSimone* actions under Local Civil Rule 3-12.

**STIPULATION**

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto through their respective counsel of record, that:

1. The *Seebrook*, *Beltran*, *DiSimone*, and *Hartman* actions are related within the meaning of Civil Local Rule 3-12; and

2. The Case Management Conference currently set for July 12, 2011 (*Seebrook*, *Beltran*, and *DiSimone*) should be taken off calendar, and the Parties should be relieved of their obligations in connection with this Case Management Conference pending the Court's ruling on the Administrative Motion to Consider Whether these Actions Should Be Related. A Joint Case Management Conference should be scheduled for a new date.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**[CONTINUED ON NEXT PAGE]**

1  **IT IS SO STIPULATED.**

2  Dated: June 22, 2011            COOLEY LLP
                                   MICHELLE C. DOOLIN (179445)
3                                  MAZDA K. ANTIA (214963)
                                   JENNIFER M. FRENCH (265422)
4

5
                                   */s/ Jennifer M. French*
6                                  Jennifer M. French

7                                  Attorneys for Defendant
                                   THE CHILDREN'S PLACE RETAIL STORES, INC.
8

9

10 Dated: June 22, 2011            HOFFMAN & LAZEAR
                                   H. TIM HOFFMAN (049141)
11                                 ARTHUR W. LAZEAR (083603)
                                   CHAD A. SAUNDERS (257810)
12

13

14                                 */s/ Chad A. Saunders*
                                   Chad A. Saunders
15
                                   Attorneys for Plaintiff
16                                 GALINA SEEBROOK

17

18 Dated: June 22, 2011            HARRISON PATTERSON & O'CONNOR LLP
                                   JAMES R. PATTERSON (211102)
19                                 MATTHEW J. O'CONNOR (203334)

20

21                                 */s/ James R. Patterson*
                                   James R. Patterson
22
                                   Attorneys for Plaintiff
23                                 MARIA ISABEL BELTRAN

24

25

26

27

28 **[CONTINUED ON NEXT PAGE]**

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.                      CASE NO. 11-CV-00837-CW

**STIPULATION AND [PROPOSED] ORDER RELATING CASES**

| | |
|---|---|
| Dated: June 22, 2011 | RIDOUT & LYON, LLP<br>CHRISTOPHER P. RIDOUT (143931)<br>DEVON M. LYON (218293)<br>CALEB LH MARKER (269721)<br><br>*/s/ Caleb LH Marker*<br>Caleb LH Marker<br><br>Attorneys for Plaintiff<br>NICOLLE DiSIMONE |
| Dated: June 22, 2011 | STONEBARGER LAW, APC<br>GENE J. STONEBARGER (209461)<br>RICHARD D. LAMBERT (251148)<br><br>*/s/ Gene J. Stonebarger*<br>Gene J. Stonebarger<br><br>Attorneys for Plaintiff<br>KRISTEN HARTMAN |

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation Regarding Deadline to Respond to Complaint.

Dated: June 22, 2011

COOLEY LLP
MICHELLE C. DOOLIN (179445)
MAZDA K. ANTIA (214963)
JENNIFER M. FRENCH (265422)

*/s/ Jennifer M. French*
Jennifer M. French

Attorneys for Defendant
THE CHILDREN'S PLACE RETAIL STORES, INC.

# ORDER

Based on the foregoing, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The *Seebrook*, *Beltran*, *DiSimone*, and *Hartman* actions are related within the meaning of Civil Local Rule 3-12.

2. The Case Management Conference currently set for July 12, 2011 (*Seebrook*, *Beltran*, and *DiSimone*) shall be taken off calendar, and the Parties are relieved of their obligations in connection with this Case Management Conference. The Court shall issue a new scheduling order for a Joint Case Management Conference for all four related cases.

**IT IS SO ORDERED.**

Dated:  **6/24/2011**

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE