```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE NORTHERN DISTRICT OF CALIFORNIA


GALINA SEEBROOK,                            No. C 11-00837 CW

          Plaintiff,                        ORDER SETTING
                                            INITIAL CASE
     v.                                     MANAGEMENT
                                            CONFERENCE AND ADR
THE CHILDREN'S PLACE RETAIL STORES,
INC.,

          Defendant.
                                         /
MARIA T. BELTRAN,

          Plaintiff,                        No. C 11-1664 CW

     v.

CHILDREN'S PLACE RETAIL,

          Defendant.
                                         /
NICOLLE DISIMONE,

          Plaintiff,                        No. C 11-2223 CW

     v.

THE CHILDRENS PLACE RETAIL STORE, INC,
et al.,

          Defendants.
                                         /
KRISTEN HARTMAN,

          Plaintiff,                        No. C 11-2604 CW

     v.

THE CHILDREN'S PLACE RETAIL STORE,
INC.,

          Defendant.
                                         /
```

These cases are assigned to Honorable Claudia Wilken. When serving the complaint or notice of removal, the plaitiff or removing defendant must serve on all other parties a copy of this order, the Notice of Assignment of Case to a United States Magistrate Judge for Trial, and all other documents specified in **Civil Local Rule 4-2.** Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Aletrnative Dispute Resolution (ADR) Multi-Option Program governed by **ADR Local Rule 3.** Counsel and Clients shall familiarize themsleves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet site at **www.adr.cand.uscourts.gov.** A limited number of printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing progarm (ECF).

IT IS FURTHER ORDERED that plaintiff or removing defendant serve upon all parties the brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern District of California," additional copies of which can be downloaded from the following Internet site: **http://www.cand.uscourts.gov.**

**CASE SCHEDULE -ADR MULTI-OPTION PROGRAM**

| Date | Event | Governing Rule |
|---|---|---|
| 6/1/11 | Complaint Filed (on C 11-2604 CW) | |
| 8/19/11 | Last day to: | |
| | - meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | |
| | - file ADR certification signed by Parties and Counsel | |

|   |   |   |
|---|---|---|
| 1 |  | - file Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 3 | 8/30/11 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Stnding Order re Contents of Joint Case Management Statement |
| 5 | 9/6/11 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Court 2, 4th Floor, OAKLAND at 2:00 PM |

Date:  7/28/2011                        _____
                                              CLAUDIA WILKEN
                                            U.S. DISTRICT JUDGE