UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Galina Seebrook, Maria Isabel Beltran, Nicolle DiSimone, and Kristen Hartman,

        Plaintiff(s),

v.

The Children's Place Retail Stores, Inc.

        Defendant(s).

RELATED CASE NOS.
11-CV-00837-CW, 11-CV-01664-CW,
11-CV-02223-CW, & 11-CV-02604-CW

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☒ Private ADR *(please identify process and provider)* _____

JAMS

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☒ other requested deadline  90 days from the Court's ruling on class certification.

Dated: 08/19/11

/s/ Chad A. Saunders
HOFFMAN & LAZEAR
Attorneys for Plaintiff
GALINA SEEBROOK

American LegalNet, Inc.
www.USCourtForms.com

Dated: 08/19/11

_____
Galina Seebrook

Dated: 08/19/11

/s/ Matthew J. O'Connor
_____
PATTERSON LAW GROUP, APC
Attorneys for Plaintiff
MARIA ISABEL BELTRAN

Dated: 08/19/11

_____
Maria Isabel Beltran

Dated: 08/19/11

/s/ Christopher P. Ridout
_____
RIDOUT & LYON, LLP
QUALLS & WORKMAN, LLP
Attorneys for Plaintiff
NICOLLE DiSIMONE

Dated: 08/19/11

_____
Nicolle DiSimone

Dated: 08/19/11

/s/ Gene J. Stonebarger
_____
STONEBARGER LAW, APC
Attorneys for Plaintiff
KRISTEN HARTMAN

Dated: 08/19/11

_____
Kristen Hartman

Dated: 08/19/11

/s/ Jennifer M. French
_____
Cooley LLP
Attorney for Defendant
THE CHILDREN'S PLACE RETAIL
STORES, INC.

Dated: 08/19/11

_____
The Children's Place Retail Stores, Inc.

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other  90 days from the Court's ruling on class certification

IT IS SO ORDERED.

Dated: 8/23/2011

*(signed)* Claudia Wilken
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

American LegalNet, Inc.
www.USCourtForms.com