1  COOLEY LLP
   MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
2  MAZDA K. ANTIA (214963) (mantia@cooley.com)
   JENNIFER M. FRENCH (265422) (jfrench@cooley.com)
3  4401 Eastgate Mall
   San Diego, CA  92121
4  Telephone:    (858) 550-6000
   Facsimile:    (858) 550-6420
5
   Attorneys for Defendant
6  THE CHILDREN'S PLACE RETAIL STORES, INC.

7  *(See Signature Page for complete list of parties represented.)*

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

11

| | |
|---|---|
| 12  GALINA SEEBROOK, individually and on behalf of all others similarly situated, | Consolidated Case No. 11-cv-00837-CW |
| 13          Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES RE CLASS CERTIFICATION** |
| 14  v. | |
| 15  THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware corporation, | Judge:  Hon. Claudia Wilken<br>Place:  Courtroom 2, 4th Floor |
| 16          Defendant. | Trial Dates: Not Yet Set |
| 17 | |
| 18 | |
| 19  MARIA ISABEL BELTRAN, an individual, on behalf herself and of all others similarly situated, | Case No. 11-cv-01664-CW |
| 20          Plaintiff, | |
| 21  v. | |
| 22  THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | |
| 23          Defendants. | |

| | |
|---|---|
| NICOLLE DiSIMONE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware corporation, and DOES 1 – 500,<br><br>Defendants. | Case No. 11-cv-02223-CW |
| KRISTEN HARTMAN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware Corporation, and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 11-cv-02604-CW |

Plaintiffs Galina Seebrook, Maria Isabel Beltran, Nicolle DiSimone, and Kristen Hartman and defendant The Children's Place Retail Stores, Inc. ("Children's Place"), by and through their respective counsel, jointly submit the following stipulation to extend the deadlines regarding class certification.

**RECITALS**

**WHEREAS**, the parties have scheduled a mediation before Judge Edward A. Infante (Ret.) on February 27, 2010; and

**WHEREAS**, the parties believe that an extension of the deadlines regarding class certification is warranted for judicial efficiency and to allow the parties to focus their efforts and resources on settlement efforts;

///

///

## STIPULATION

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**, by the parties, through their respective counsel of record, that the dates relating to class certification shall be extended as follows:

- Parties to exchange class expert disclosures and reports for affirmative experts on or before April 6, 2012.

- Parties to exchange class expert disclosures and reports for rebuttal experts on or before May 4, 2012.

- Plaintiffs shall file any motion for class certification on or before June 7, 2012.

- Children's Place shall file any opposition to class certification on or before July 12, 2012.

- Plaintiffs shall file any reply brief in support of class certification on or before July 26, 2012.

- Hearing on class certification shall be held on August 9, 2012 at 2:00 PM or at the Court's convenience.

**IT IS SO STIPULATED.**

Dated: December 1, 2011

COOLEY LLP
MICHELLE C. DOOLIN (179445)
MAZDA K. ANTIA (214963)
JENNIFER M. FRENCH (265422)

*/s/ Jennifer M. French*
Jennifer M. French

Attorneys for Defendant
THE CHILDREN'S PLACE RETAIL STORES, INC.

| | | |
|---|---|---|
| 1 | Dated: December 1, 2011 | HOFFMAN & LAZEAR |
| 2 | | H. TIM HOFFMAN (049141)<br>ARTHUR W. LAZEAR (083603) |
| 3 | | CHAD A. SAUNDERS (257810) |

                                        */s/ Chad A. Saunders*
                                        ──────────────────────────
                                        Chad A. Saunders

                                        Attorneys for Plaintiff
                                        GALINA SEEBROOK

Dated: December 1, 2011                 PATTERSON LAW GROUP, APC
                                        JAMES R. PATTERSON (211102)
                                        MATTHEW J. O'CONNOR (203334)


                                        */s/ James R. Patterson*
                                        ──────────────────────────
                                        James R. Patterson

                                        Attorneys for Plaintiff
                                        MARIA ISABEL BELTRAN


Dated: December 1, 2011                 RIDOUT & LYON, LLP
                                        CHRISTOPHER P. RIDOUT (143931)
                                        DEVON M. LYON (218293)
                                        CALEB LH MARKER (269721)

                                        QUALLS & WORKMAN, LLP
                                        DANIEL H. QUALLS (109036)
                                        ROBIN G. WORKMAN (145810)
                                        AVIVA N. ROLLER (245415)


                                        */s/ Christopher P. Ridout*
                                        ──────────────────────────
                                        Christopher P. Ridout

                                        Attorneys for Plaintiff
                                        NICOLLE DiSIMONE

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.                    **CONSOLIDATED CASE NO. 11-CV-00837-CW**

**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO EXTEND DEADLINES RE CLASS CERTIFICATION**

Dated: December 1, 2011         STONEBARGER LAW, APC
                                GENE J. STONEBARGER (209461)
                                RICHARD D. LAMBERT (251148)


                                */s/ Gene J. Stonebarger*
                                Gene J. Stonebarger

                                Attorneys for Plaintiff
                                KRISTEN HARTMAN


### FILER'S ATTESTATION

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jennifer M. French hereby attests that concurrence in the filing of this document has been obtained.*

# [~~Proposed~~] Order

Based on the foregoing, and good cause appearing, **It Is Hereby Ordered** that the dates relating to class certification shall be extended as follows:

- Parties to exchange class expert disclosures and reports for affirmative experts on or before April 6, 2012.

- Parties to exchange class expert disclosures and reports for rebuttal experts on or before May 4, 2012.

- Plaintiffs shall file any motion for class certification on or before June 7, 2012.

- Children's Place shall file any opposition to class certification on or before July 12, 2012.

- Plaintiffs shall file any reply brief in support of class certification on or before July 26, 2012.

- Hearing on class certification shall be held on August 9, 2012 at 2:00 PM.

**It Is So Ordered.**   A further Case management conference will also be held on August 9, 2012.

Dated:   12/2/2011

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE