1  COOLEY LLP
   MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
2  MAZDA K. ANTIA (214963) (mantia@cooley.com)
   BRADLEY A. LEBOW (240608) (blebow@cooley.com)
3  4401 Eastgate Mall
   San Diego, CA  92121
4  Telephone:    (858) 550-6000
   Facsimile:    (858) 550-6420
5
   Attorneys for Defendant
6  THE CHILDREN'S PLACE RETAIL STORES, INC.

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11

12 GALINA SEEBROOK, individually and on     Consolidated Case No. 11-cv-00837-CW
   behalf of all others similarly situated,
13                                          AMENDED STIPULATION AND
              Plaintiffs,                   [PROPOSED] ORDER TO:  (1) CONTINUE
14                                          SEPTEMBER 26, 2012 CASE
        v.                                  MANAGEMENT CONFERENCE; AND (2)
15                                          SET HEARING ON MOTION FOR
   THE CHILDREN'S PLACE RETAIL             PRELIMINARY APPROVAL OF CLASS
16 STORES, INC., a Delaware corporation,    ACTION SETTLEMENT

17            Defendant.

18
   MARIA ISABEL BELTRAN, an individual,
19 on behalf herself and of all others similarly
   situated,
20
              Plaintiff,
21
        v.
22
   THE CHILDREN'S PLACE RETAIL
23 STORES, INC., a Delaware Corporation; and
   DOES 1 through 50, inclusive,
24
              Defendants.
25

26

27

28

| | |
|---|---|
| 1 | NICOLLE DiSIMONE, individually, and on behalf of all others similarly situated, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware corporation, and DOES 1 – 500, |
| 6 | |
| 7 | Defendants. |

| | |
|---|---|
| 8 | KRISTEN HARTMAN, an individual, on behalf of herself and all others similarly |
| 9 | situated, |
| 10 | Plaintiffs, |
| 11 | v. |
| 12 | THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware Corporation, and DOES 1 through 50, inclusive |
| 13 | |
| 14 | Defendants. |

| | |
|---|---|
| 15 | MARIO ARELLANO, on behalf of a class of similarly situated individuals, and himself |
| 16 | individually, |
| 17 | |
| 18 | Plaintiff, |
| 19 | v. |
| 20 | THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware corporation, d/b/a The Children's Place; and DOES 1 through 25, inclusive, |
| 21 | |
| 22 | Defendants. |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**AMENDED STIPULATION AND**
**[PROPOSED] ORDER**
**CONSOLIDATED CASE NO. 11-CV-00837-CW**

1  Counsel for plaintiff Galina Seebrook in *Seebrook v. The Children's Place Retail Stores,*

2  *Inc.*, Case No. 11-cv-00837-CW, counsel for plaintiff Maria Isabel Beltran in *The Children's*

3  *Place Retail Stores, Inc., et al.*, Case No. 11-cv-01664-CW, counsel for plaintiff Nicole

4  DiSimone in *DiSimone v. The Children's Place Retail Stores, Inc., et al.*, Case No. 11-cv-02223-

5  SC, counsel for plaintiff Kristen Hartman in *Hartman v. The Children's Place Retail Stores, Inc.,*

6  *et al.*, Case No. 11-cv-02604-JSC, counsel for plaintiff Mario Arellano in *Arellano v. The*

7  *Children's Place Retail Stores, Inc., et al.*, Case No. 12-cv-00803-LB (collectively, the

8  "Consolidated Action"), and counsel for defendant The Children's Place Retail Stores, Inc.

9  ("Children's Place") jointly submit the following Amended Stipulation to:  (1) continue the

10  September 26, 2012 Case Management Conference until November 29, 2012, or as soon

11  thereafter as convenient for the Court; and (2) schedule a hearing on a Motion for Preliminary

12  Approval of Class Action Settlement to be held in conjunction with the continued Case

13  Management Conference.

14  RECITALS

15  **WHEREAS**, as noted in the parties' Joint Notice of Settlement filed on April 25, 2012

16  (Doc. No. 41), plaintiffs Seebrook, Beltran, DiSimone, Hartman, and Arellano, and Children's

17  Place have reached a global settlement of all claims, including the class claims, in the

18  Consolidated Action;

19  **WHEREAS,** plaintiffs' counsel and Children's Place's counsel have completed

20  negotiations over the terms of the Settlement Agreement, and a finalized Settlement Agreement

21  has been circulated among the parties for signature; and

22  **WHEREAS,** plaintiffs' counsel and Children's Place's counsel anticipate that the

23  Settlement Agreement will be fully executed within one week.

24  **WHEREAS,** on September 19, 2012, plaintiffs' counsel and Children's Place's previously

25  submitted a Stipulation to:  (1) continue the September 26, 2012 Case Management Conference

26  for approximately thirty (30) days until October 24, 2012, or as soon thereafter as convenient for

27  the Court; (2) schedule a hearing on a Motion for Preliminary Approval of Class Action

28  Settlement to be held in conjunction with the continued Case Management Conference; and (3)

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

AMENDED STIPULATION AND
[PROPOSED] ORDER
CONSOLIDATED CASE NO. 11-CV-00837-CW

allow plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement two (2)

weeks prior to that Case Management Conference/hearing date; and

**WHEREAS,** due to a scheduling conflict that was inadvertently overlooked, the parties

need to amend the previously submitted stipulation to request a different date for the continuance

of the Case Management Conference and hearing on the Motion for Preliminary Approval of

Class Settlement.

## STIPULATION

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties

hereto through their respective counsel of record, that:

1.      The Case Management Conference currently scheduled for September 26, 2012

shall be continued until November 29, 2012, or as soon thereafter as convenient for the Court;

2.      A hearing on a Motion for Preliminary Approval of Class Action Settlement shall

be scheduled to be held on November 29, 2012, or as soon thereafter as convenient for the Court,

in conjunction with the Case Management Conference; and

3.      Plaintiffs shall file their Motion for Preliminary Approval of Class Action

Settlement pursuant to Local Civil Rule 7-2(a), no later than thirty-five (35) days prior to the date

of the Case Management Conference and hearing on the Motion for Preliminary Approval of

Class Action Settlement.

**IT IS SO STIPULATED.**

Dated: September 21, 2012                    COOLEY LLP
                                             MICHELLE C. DOOLIN (179445)
                                             MAZDA K. ANTIA (214963)
                                             BRADLEY A. LEBOW (240608)

                                             */s/ Bradley A. Lebow*
                                             Bradley A. Lebow

                                             Attorneys for Defendant
                                             THE CHILDREN'S PLACE RETAIL STORES, INC.

AMENDED STIPULATION AND
[PROPOSED] ORDER
CONSOLIDATED CASE NO. 11-CV-00837-CW

1   Dated:  September 21, 2012          HOFFMAN & LAZEAR
                                        H. TIM HOFFMAN (049141)
2                                       ARTHUR W. LAZEAR (083603)
                                        CHAD A. SAUNDERS (257810)
3

4                                       /s/ Chad A. Saunders
                                        Chad A. Saunders
5
                                        Attorneys for Plaintiff
6                                       GALINA SEEBROOK

7

8   Dated:  September 21, 2012          PATTERSON LAW GROUP
                                        JAMES R. PATTERSON (211102)
9                                       MATTHEW J. O'CONNOR (203334)

10                                      /s/ Matthew J. O'Connor
                                        Matthew J. O'Connor
11
                                        Attorneys for Plaintiff
12                                      MARIA ISABEL BELTRAN

13

14  Dated:  September 21, 2012          RIDOUT & LYON, LLP
                                        CHRISTOPHER P. RIDOUT (143931)
15                                      DEVON M. LYON (218293)
                                        CALEB LH MARKER (269721)
16

17                                      /s/ Christopher P. Ridout
                                        Christopher P. Ridout
18
                                        Attorneys for Plaintiff
19                                      NICOLLE DiSIMONE

20

21  Dated:  September 21, 2012          STONEBARGER LAW, APC
                                        GENE J. STONEBARGER (209461)
22                                      RICHARD D. LAMBERT (251148)

23                                      /s/ Gene J. Stonebarger
                                        Gene J. Stonebarger
24

25                                      Attorneys for Plaintiff
                                        KRISTEN HARTMAN
26

27

28

                                    3          **AMENDED STIPULATION AND**
                                               **[PROPOSED] ORDER**
                                               **CONSOLIDATED CASE NO. 11-CV-00837-CW**

1

2

Dated:  September 21, 2012

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF SUNIL A. BRAHMBHATT, PLC
SUNIL A. BRAHMBHATT (143931)

*/s/ Sunil A. Brahmbhatt*
Sunil A. Brahmbhatt

Attorneys for Plaintiff
MARIO ARELLANO

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Joint Status Conference Statement.

Dated: September 21, 2012

COOLEY LLP
MICHELLE C. DOOLIN (179445)
MAZDA K. ANTIA (214963)
BRADLEY A. LEBOW (240608)

*/s/ Bradley A. Lebow*
Bradley A. Lebow

Attorneys for Defendant
THE CHILDREN'S PLACE RETAIL STORES, INC.

AMENDED STIPULATION AND
[PROPOSED] ORDER
CONSOLIDATED CASE No. 11-CV-00837-CW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Based on the foregoing, and good cause appearing, **IT IS HEREBY ORDERED** that:

1.      The Case Management Conference currently scheduled for September 26, 2012 shall be continued until November 29, 2012;

2.      A hearing on a Motion for Preliminary Approval of Class Action Settlement shall be scheduled to be held on November 29, 2012, in conjunction with the Case Management Conference; and

4.      Plaintiffs shall file their Motion for Preliminary Approval of Class Action Settlement pursuant to Local Civil Rule 7-2(a), no later than thirty-five (35) days prior to the date of the Case Management Conference and hearing on the Motion for Preliminary Approval of Class Action Settlement.

**IT IS SO ORDERED.**

Dated:  9/24/2012

_____

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**AMENDED STIPULATION AND
[PROPOSED] ORDER
CONSOLIDATED CASE NO. 11-CV-00837-CW**

**PROOF OF SERVICE**
**(FRCP 5)**

I am a citizen of the United States and a resident of the State of California.  I am employed in San Diego County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made.  I am over the age of eighteen years, and not a party to the within action.  My business address is Cooley LLP, 4401 Eastgate Mall, San Diego, California  92121.  On the date set forth below I served the documents described below in the manner described below:

AMENDED STIPULATION AND [PROPOSED] ORDER TO:  (1) CONTINUE SEPTEMBER 26, 2012 CASE MANAGEMENT CONFERENCE; AND (2) SET HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

///

///

///

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

762275 v1/SD
07/24/12 9:13 AM

1.

PROOF OF SERVICE

on the following part(ies) in this action:

| | |
|---|---|
| Sunil A. Brahmbhatt, Esq.<br>LAW OFFICE OF SUNIL A.<br>BRAHMBHATT, PLC<br>2700 N. Main Street, Suite 310<br>Santa Ana, CA 92705 | Gene J. Stonebarger<br>Richard D. Lambert<br>STONEBARGER LAW. APC<br>75 Iron Point Circle, Ste. 145<br>Folsom, CA 95630<br>Tel: (916) 235-7140 |
| Counsel for Plaintiff MARIO ARELLANO | Counsel for Plaintiff KRISTEN HARTMAN |
| H. Tim Hoffman<br>Arthur W. Lazear<br>Chad A. Saunders<br>HOFFMAN & LAZEAR<br>180 Grand Avenue, Ste 1550<br>Oakland, CA 94612<br>Tel: (510) 763-5700 | James R. Patterson<br>Matthew J. O'Connor<br>HARRISON PATTERSON &<br>O'CONNOR LLP<br>402 West Broadway, 29th Floor<br>San Diego, CA 92101<br>Tel: (619) 756-6990 |
| Co-Counsel for Plaintiff GALINA SEEBROOK | Counsel for Plaintiff MARIA ISABEL BELTRAN |
| Christopher P. Ridout<br>Devon Marie Lyon<br>Caleb L H Marker<br>RIDOUT & LYON LLP<br>555 East Ocean Blvd., Ste 500<br>Long Beach, CA 90802<br>Tel: (562) 216-7380 | |
| Counsel for Plaintiff NICOLLE DiSIMONE | |

Executed on September 21, 2012, at San Diego, California.

_Lynn Solorzano_
Lynn Solorzano

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

762275 v1/SD
07/24/12 9:13 AM

2.

PROOF OF SERVICE