COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
MAZDA K. ANTIA (214963) (mantia@cooley.com)
BRADLEY A. LEBOW (240608) (blebow@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:     (858) 550-6420

Attorneys for Defendant
THE CHILDREN'S PLACE RETAIL STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GALINA SEEBROOK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware corporation,<br><br>    Defendant. | Consolidated Case No. 11-cv-00837-CW<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO:  (1) CONTINUE SEPTEMBER 26, 2012 CASE MANAGEMENT CONFERENCE; AND (2) SET HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| MARIA ISABEL BELTRAN, an individual, on behalf herself and of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

AMENDED STIPULATION AND
[PROPOSED] ORDER
CONSOLIDATED CASE NO. 11-CV-00837-CW

| | |
|---|---|
| 1 | NICOLLE DiSIMONE, individually, and on behalf of all others similarly situated, |
| 2 | |
| | Plaintiff, |
| 3 | |
| | v. |
| 4 | |
| 5 | THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware corporation, and DOES 1 – 500, |
| 6 | |
| | Defendants. |
| 7 | |
| 8 | KRISTEN HARTMAN, an individual, on behalf of herself and all others similarly situated, |
| 9 | |
| 10 | Plaintiffs, |
| 11 | v. |
| 12 | THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware Corporation, and DOES 1 through 50, inclusive |
| 13 | |
| 14 | Defendants. |
| 15 | |
| 16 | MARIO ARELLANO, on behalf of a class of similarly situated individuals, and himself individually, |
| 17 | |
| 18 | Plaintiff, |
| 19 | v. |
| 20 | THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware corporation, d/b/a The Children's Place; and DOES 1 through 25, inclusive, |
| 21 | |
| 22 | Defendants. |

**AMENDED STIPULATION AND [PROPOSED] ORDER**
**CONSOLIDATED CASE NO. 11-CV-00837-CW**

1  Counsel for plaintiff Galina Seebrook in *Seebrook v. The Children's Place Retail Stores, Inc.*, Case No. 11-cv-00837-CW, counsel for plaintiff Maria Isabel Beltran in *The Children's Place Retail Stores, Inc., et al.*, Case No. 11-cv-01664-CW, counsel for plaintiff Nicole DiSimone in *DiSimone v. The Children's Place Retail Stores, Inc., et al.*, Case No. 11-cv-02223-SC, counsel for plaintiff Kristen Hartman in *Hartman v. The Children's Place Retail Stores, Inc., et al.*, Case No. 11-cv-02604-JSC, counsel for plaintiff Mario Arellano in *Arellano v. The Children's Place Retail Stores, Inc., et al.*, Case No. 12-cv-00803-LB (collectively, the "Consolidated Action"), and counsel for defendant The Children's Place Retail Stores, Inc. ("Children's Place") jointly submit the following Amended Stipulation to: (1) continue the September 26, 2012 Case Management Conference until November 29, 2012, or as soon thereafter as convenient for the Court; and (2) schedule a hearing on a Motion for Preliminary Approval of Class Action Settlement to be held in conjunction with the continued Case Management Conference.

### RECITALS

**WHEREAS**, as noted in the parties' Joint Notice of Settlement filed on April 25, 2012 (Doc. No. 41), plaintiffs Seebrook, Beltran, DiSimone, Hartman, and Arellano, and Children's Place have reached a global settlement of all claims, including the class claims, in the Consolidated Action;

**WHEREAS,** plaintiffs' counsel and Children's Place's counsel have completed negotiations over the terms of the Settlement Agreement, and a finalized Settlement Agreement has been circulated among the parties for signature; and

**WHEREAS,** plaintiffs' counsel and Children's Place's counsel anticipate that the Settlement Agreement will be fully executed within one week.

**WHEREAS,** on September 19, 2012, plaintiffs' counsel and Children's Place's previously submitted a Stipulation to: (1) continue the September 26, 2012 Case Management Conference for approximately thirty (30) days until October 24, 2012, or as soon thereafter as convenient for the Court; (2) schedule a hearing on a Motion for Preliminary Approval of Class Action Settlement to be held in conjunction with the continued Case Management Conference; and (3)

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

AMENDED STIPULATION AND
[PROPOSED] ORDER
CONSOLIDATED CASE NO. 11-CV-00837-CW

1  allow plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement two (2) weeks prior to that Case Management Conference/hearing date; and

**WHEREAS,** due to a scheduling conflict that was inadvertently overlooked, the parties need to amend the previously submitted stipulation to request a different date for the continuance of the Case Management Conference and hearing on the Motion for Preliminary Approval of Class Settlement.

## STIPULATION

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto through their respective counsel of record, that:

1. The Case Management Conference currently scheduled for September 26, 2012 shall be continued until November 29, 2012, or as soon thereafter as convenient for the Court;

2. A hearing on a Motion for Preliminary Approval of Class Action Settlement shall be scheduled to be held on November 29, 2012, or as soon thereafter as convenient for the Court, in conjunction with the Case Management Conference; and

3. Plaintiffs shall file their Motion for Preliminary Approval of Class Action Settlement pursuant to Local Civil Rule 7-2(a), no later than thirty-five (35) days prior to the date of the Case Management Conference and hearing on the Motion for Preliminary Approval of Class Action Settlement.

**IT IS SO STIPULATED.**

Dated: September 21, 2012          COOLEY LLP
                                   MICHELLE C. DOOLIN (179445)
                                   MAZDA K. ANTIA (214963)
                                   BRADLEY A. LEBOW (240608)

                                   */s/ Bradley A. Lebow*
                                   Bradley A. Lebow

                                   Attorneys for Defendant
                                   THE CHILDREN'S PLACE RETAIL STORES, INC.

| | | |
|---|---|---|
| 1 | Dated: September 21, 2012 | HOFFMAN & LAZEAR |
| 2 | | H. TIM HOFFMAN (049141)<br>ARTHUR W. LAZEAR (083603)<br>CHAD A. SAUNDERS (257810) |
| 3 | | |
| 4 | | */s/ Chad A. Saunders*<br>Chad A. Saunders |
| 5 | | |
| 6 | | Attorneys for Plaintiff<br>GALINA SEEBROOK |
| 7 | | |
| 8 | Dated: September 21, 2012 | PATTERSON LAW GROUP<br>JAMES R. PATTERSON (211102)<br>MATTHEW J. O'CONNOR (203334) |
| 9 | | |
| 10 | | */s/ Matthew J. O'Connor*<br>Matthew J. O'Connor |
| 11 | | |
| 12 | | Attorneys for Plaintiff<br>MARIA ISABEL BELTRAN |
| 13 | | |
| 14 | Dated: September 21, 2012 | RIDOUT & LYON, LLP<br>CHRISTOPHER P. RIDOUT (143931)<br>DEVON M. LYON (218293)<br>CALEB LH MARKER (269721) |
| 15 | | |
| 16 | | |
| 17 | | */s/ Christopher P. Ridout*<br>Christopher P. Ridout |
| 18 | | |
| 19 | | Attorneys for Plaintiff<br>NICOLLE DiSIMONE |
| 20 | | |
| 21 | Dated: September 21, 2012 | STONEBARGER LAW, APC<br>GENE J. STONEBARGER (209461)<br>RICHARD D. LAMBERT (251148) |
| 22 | | |
| 23 | | |
| 24 | | */s/ Gene J. Stonebarger*<br>Gene J. Stonebarger |
| 25 | | Attorneys for Plaintiff<br>KRISTEN HARTMAN |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated:  September 21, 2012 | LAW OFFICES OF SUNIL A. BRAHMBHATT, PLC |
| 2 | | SUNIL A. BRAHMBHATT (143931) |
| 3 | | */s/ Sunil A. Brahmbhatt* |
| | | Sunil A. Brahmbhatt |
| 4 | | |
| 5 | | Attorneys for Plaintiff |
| | | MARIO ARELLANO |

4

AMENDED STIPULATION AND
[PROPOSED] ORDER
CONSOLIDATED CASE NO. 11-CV-00837-CW

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Joint Status Conference Statement.

Dated: September 21, 2012

COOLEY LLP
MICHELLE C. DOOLIN (179445)
MAZDA K. ANTIA (214963)
BRADLEY A. LEBOW (240608)

*/s/ Bradley A. Lebow*
Bradley A. Lebow

Attorneys for Defendant
THE CHILDREN'S PLACE RETAIL STORES, INC.

1  **[PROPOSED] ORDER**

2    Based on the foregoing, and good cause appearing, **IT IS HEREBY ORDERED** that:

3    1.   The Case Management Conference currently scheduled for September 26, 2012
4  shall be continued until November 29, 2012;

5    2.   A hearing on a Motion for Preliminary Approval of Class Action Settlement shall
6  be scheduled to be held on November 29, 2012, in conjunction with the Case Management
7  Conference; and

8    4.   Plaintiffs shall file their Motion for Preliminary Approval of Class Action
9  Settlement pursuant to Local Civil Rule 7-2(a), no later than thirty-five (35) days prior to the date
10 of the Case Management Conference and hearing on the Motion for Preliminary Approval of
11 Class Action Settlement.

12 **IT IS SO ORDERED.**

13 Dated:  9/24/2012

       _____
14     THE HONORABLE CLAUDIA WILKEN
       UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 4401 Eastgate Mall, San Diego, California 92121. On the date set forth below I served the documents described below in the manner described below:

**AMENDED STIPULATION AND [PROPOSED] ORDER TO: (1) CONTINUE SEPTEMBER 26, 2012 CASE MANAGEMENT CONFERENCE; AND (2) SET HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

///

///

///

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

762275 v1/SD
07/24/12 9:13 AM

1.   PROOF OF SERVICE

1 | on the following part(ies) in this action:

| | |
|---|---|
| Sunil A. Brahmbhatt, Esq.<br>LAW OFFICE OF SUNIL A.<br>BRAHMBHATT, PLC<br>2700 N. Main Street, Suite 310<br>Santa Ana, CA 92705<br><br>Counsel for Plaintiff MARIO ARELLANO | Gene J. Stonebarger<br>Richard D. Lambert<br>STONEBARGER LAW. APC<br>75 Iron Point Circle, Ste. 145<br>Folsom, CA 95630<br>Tel: (916) 235-7140<br><br>Counsel for Plaintiff KRISTEN HARTMAN |
| H. Tim Hoffman<br>Arthur W. Lazear<br>Chad A. Saunders<br>HOFFMAN & LAZEAR<br>180 Grand Avenue, Ste 1550<br>Oakland, CA 94612<br>Tel: (510) 763-5700<br><br>Co-Counsel for Plaintiff GALINA SEEBROOK | James R. Patterson<br>Matthew J. O'Connor<br>HARRISON PATTERSON & O'CONNOR LLP<br>402 West Broadway, 29th Floor<br>San Diego, CA 92101<br>Tel: (619) 756-6990<br><br>Counsel for Plaintiff MARIA ISABEL BELTRAN |
| Christopher P. Ridout<br>Devon Marie Lyon<br>Caleb L H Marker<br>RIDOUT & LYON LLP<br>555 East Ocean Blvd., Ste 500<br>Long Beach, CA 90802<br>Tel: (562) 216-7380<br><br>Counsel for Plaintiff NICOLLE DiSIMONE | |

Executed on September 21, 2012, at San Diego, California.

_Lynn Solorzano_
Lynn Solorzano

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

762275 v1/SD
07/24/12 9:13 AM

2.

PROOF OF SERVICE