IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALINA SEEBROOK; MARIA ISABEL BELTRAN; NICOLLE DISIMONE; and KRISTEN HARTMAN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 11-837 CW<br><br>ORDER DIRECTING THE PARTIES TO FILE A STATUS REPORT |

　　On November 8, 2012, the Court held a hearing on Plaintiffs' motion for preliminary approval of the settlement agreement reached in this consolidated case. Docket No. 54. At that time, the Court directed Plaintiffs' counsel to efile, and send to the proposed order email address, an amended proposed order and an amended proposed notice once they were approved as to form by opposing counsel.

　　No amended proposed order or notice has yet been filed. Accordingly, within seven days of the date of this Order, the parties shall file a joint status report informing the Court of their progress.

　　IT IS SO ORDERED.

Dated: 2/14/2013

　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　United States District Judge