IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALINA SEEBROOK; MARIA ISABEL BELTRAN; NICOLLE DISIMONE; and KRISTEN HARTMAN,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC.,<br><br>          Defendant.<br>_____/ | No. C 11-837 CW<br><br>ORDER DENYING AS MOOT MOTION FOR PRELIMINARY APPROVAL OF A CLASS ACTION SETTLEMENT (Docket No. 52) AND DIRECTING PARTIES TO FILE A FURTHER STATUS REPORT |

On February 21, 2013, the parties filed a joint status report. Docket No. 58. The parties represent that they have reached a revised global settlement of the claims in this consolidated class action and that they anticipate filing a motion for preliminary approval of the revised settlement agreement within thirty days thereafter.

Accordingly, the Court DENIES as moot Plaintiffs' pending motion for preliminary approval of the original settlement agreement (Docket No. 52). The parties shall file a further status report on or by Tuesday, March 26, 2013, if a motion for preliminary approval of the revised settlement agreement has not been filed by that date.

IT IS SO ORDERED.


Dated: 2/26/2013

CLAUDIA WILKEN
United States District Judge