IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALINA SEEBROOK; MARIA ISABEL BELTRAN; NICOLLE DISIMONE; and KRISTEN HARTMAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC.,<br><br>    Defendant.<br>_____/ | No. C 11-837 CW<br><br>ORDER DIRECTING PARTIES TO FILE A FURTHER STATUS REPORT |

On April 30, 2013, the parties filed a joint status report, advising that they anticipate filing a motion for approval of the revised class action settlement agreement within the next seven to ten days.

The Court directs the parties to file a further status report on or by Tuesday, May 14, 2013, if a motion for preliminary approval of the revised settlement agreement has not been filed by that date.

IT IS SO ORDERED.

Dated: 5/1/2013

CLAUDIA WILKEN
United States District Judge