1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                             NORTHERN DISTRICT OF CALIFORNIA
10                                      OAKLAND DIVISION
11

| | |
|---|---|
| 12  GALINA SEEBROOK, individually and on behalf of all others similarly situated, | Consolidated Case No. 11-cv-00837-CW |
| 13              Plaintiffs, | **ORDER GRANTING DEFENDANT THE CHILDREN'S RETAIL STORES, INC.'S ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT FINAL APPROVAL HEARING** |
| 14       v. | |
| 15  THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware corporation, | |
| 16              Defendant. | |
| 18  MARIA ISABEL BELTRAN, an individual, on behalf herself and of all others similarly situated, | |
| 20              Plaintiff, | |
| 21       v. | |
| 22  THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | |
| 24              Defendants. | |

| | |
|---|---|
| NICOLLE DiSIMONE, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware corporation, and DOES 1 – 500,<br><br>    Defendants. | |
| KRISTEN HARTMAN, an individual, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware Corporation, and DOES 1 through 50, inclusive<br><br>    Defendants. | |

On October 31, 2013, defendant The Children's Place Retail Stores, Inc.'s counsel submitted an admin motion to appear telephonically at the hearing on Final Approval of the Class Action Settlement on November 7, 2013, at 2:00 p.m. This Court reviewed the motion and found good cause to grant the motion.

DATED: 11/5/2013

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

1.

[PROPOSED] ORDER GRANTING ADMIN MOTION TO APPEAR TELEPHONICALLY
CASE NO. 11-CV-00837-CW